ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 25 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00053 |
| Plaintiff, | ) COMPLAINT |
| vs. | ) IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE |
| DOUGLAS DUCKJOO KIM, | ) [21 U.S.C. §§ 952(a) and 960 and 18 U.S.C. § 2] |
| Defendant. | ) |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about November 24, 2005, in the District of Guam and elsewhere, the defendant, DOUGLAS DUCKJOO KIM, did unlawfully, intentionally and knowingly import into the United States from a place outside thereof, approximately 2,911.6 grams, gross weight, of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960, and Title 18, United States Code, Section 2.

COMPLAINANT FURTHER STATES:

I, John Duenas, being a Special Agent with the U.S. Immigration and Customs Enforcement (ICE) of the Department of Homeland Security, and acting in my official capacity, set for the following facts:

1. I am a Special Agent with the U.S. Immigration and Customs Enforcement, formerly known as the Untied States Customs Service. I have been employed as a Special Agent for

approximately five (5) years. Prior to my employment with the United States Customs Service, I was a Police Officer with the Guam Police Department for 12 years.

2. I know from my training and experience that it is common practice for large-scale methamphetamine traffickers to travel to their purchase and distribution areas to facilitate their trafficking. After purchasing methamphetamine, these methamphetamine traffickers will transport or cause to be transported methamphetamine. The methods of transportation include, but are not limited to, commercial airlines, private automobiles, government and contract mail services.

3. On November 24, 2005, at about 2:20 a.m., Guam Customs Officer Joseph Gange conducted a secondary inspection on arriving passenger DOUGLAS DUCKJOO KIM. KIM arrived in Guam on board Korean Airlines Flight 805 from Incheon, Korea. While conducting the secondary inspection, Officer Gange asked KIM to place the black attaché case on the counter for inspection. Officer Gange smelled a strong odor emitting from the attaché case. The odor was consistent with that of glue.

4. Officer Gange asked KIM if the attaché case belonged to KIM and KIM replied, "yes." KIM told Officer Gange that he bought the attaché case at a flea market about six (6) days ago. Officer Gange removed the contents from within the attaché case and noticed that the attaché case seemed unusually heavy. Officer Gange conducted an x-ray examination of the attaché case and noticed foreign objects within the walls of the attaché case.

5. Officer Gange peeled the vinyl material at one corner of the inside of the attaché case and noticed a silicone type gel covering a plastic bag containing crystal substance. Officer Gange removed a representative sample from the plastic bag and conducted a field test using Marquis Reagent test kit #902. The field test resulted in a presumptive positive for amphetamines.

6. At about 3:10 a.m., on November 24, 2005, Guam Customs Officer Drake Ibanez advised KIM of his constitutional rights which he acknowledged and waived. KIM told Immigration and Customs Task Force Agent Erwin Fejeran that on November 22, 2005, KIM saw an ad in the newspaper. The ad was recruiting people to travel to Guam. KIM called the

number on the ad and spoke with a Mr. Lee. Mr. Lee asked KIM if KIM wanted to travel to Guam and KIM replied, "yes." Mr. Lee told KIM that while in Guam someone will take care of KIM. Mr. Lee told KIM that upon arriving in Guam he will take a taxi to the Marriott Hotel and check into a room at the hotel. Mr. Lee told KIM to meet him at the Incheon Airport on November 23, 2005 at 5:00 p.m. to pick up his ticket for the trip to Guam.

7. KIM went to the Incheon Airport on November 23, 2005 at about 5:00 p.m. and met Mr. Lee at the travel agency at the airport. Mr. Lee gave KIM the airline ticket and a black attaché case. Mr. Lee paid Kim $500.00 and told KIM that upon his return to Korea after successfully delivering the attaché case Kim will be paid another $500.00. While at the Incheon Airport, Mr. Lee took KIM's bag and removed all of KIM's belongings and placed them in the black attaché case.

8. KIM admitted that he was suspicious about the attaché case and questioned Mr. Lee several times about the contents of the attaché case. KIM asked Mr. Lee if the attaché case contained cocaine and Mr. Lee told KIM that it was only marijuana. Mr. Lee told KIM that marijuana is legal in Guam. KIM asked Mr. Lee why KIM was going to be paid a total of $1,000.00 and Mr. Lee told KIM that he could not find anyone to travel to Guam.

9. On November 24, 2005, at about 5:45 a.m., Guam Customs Officers Franklin Taitague, Bryan Galarpe and TFA Fejeran removed eight (8) bags containing crystal substance. The plastic bags were secreted in the attaché case and the bags were further concealed with silicone gel. The total gross weight for the eight (8) bags and its contents is 2,911.6 grams.

//
//
//
//
//
//
//

3

10. Based on the foregoing, I have probable cause to believe that DOUGLAS DUCKJOO KIM committed the offense of Importation of Methamphetamine Hydrochloride in violation of Title 21, United States Code, Sections 952(a) and 960, and Title 18, United States Code, Section 2.

DATED this  25th  day of November, 2005.

JOHN DUENAS
Special Agent
U.S. Customs & Immigration Enforcement

SWORN AND SUBSCRIBED TO before me this  25th  day of November, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

4

JS 45 (1/96)

# Criminal Case Cover Sheet

U.S. District Court

**Place of Offense:**

City ___Hagatna___

County/Parish _____

**Related Case Information:**

05-00053

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile ____ Yes ____ No __X__  If Yes, Matter to be sealed: __X__ Yes ____ No

Defendant Name ___DOUGLAS DUCKJOO KIM___

Alias Name _____

Address _____

Birthdate _____ SS # _____ Sex __M__ Race ____ Nationality ___U.S.___

**U.S. Attorney Information:**

AUSA ___Marivic P. David___ Bar # _____

Interpreter: ☐ No ☐ Yes   List language and/or dialect: _____

RECEIVED
NOV 25 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  21 USC 952(a) & 960 and 18 USC 2 | Importation of methamphetamine Hydrochloride | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __11/25/05__   Signature of AUSA: _____