1 LEONARDO M. RAPADAS
United States Attorney
2 MARIVIC P. DAVID
Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
4 Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
5 Fax: (671) 472-7334

6 Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

NOV 25 2005

MARY L.M. MORAN
CLERK OF COURT

05-00053

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. _____ |
| Plaintiff, | ) |
| vs. | ) **APPLICATION AND ORDER** |
| | ) **TO SEAL RECORD** |
| DOUGLAS DUCKJOO KIM, | ) |
| Defendant. | ) |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 25th day of November 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

IT IS SO ORDERED this 25th day of November 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
District Court of Guam