IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
(SEALED)

FILED
DISTRICT COURT OF GUAM
NOV 25 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00053**  **DATE: 11/25/2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding   Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles                                   Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 4:26:52 - 4:30:42**           CSO: J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: DOUGLAS DUCKJOO KIM**                **ATTY : JOHN GORMAN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID              AGENT: JOHN DUENAS, IMMIGRATION AND CUSTOMS ENFORCEMENT

U.S. PROBATION: ROBERT CARREON            U.S. MARSHAL: J. CURRY / V. ROMAN
INTERPRETER: _____  ( ) SWORN   LANGUAGE: _____

**PROCEEDINGS:   INITIAL APPEARANCE**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:  __FEDERAL PUBLIC DEFENDER__ , ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( ) PLEA ENTERED:  ( ) *GUILTY*  ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION

( ) SENTENCING DATE: _____ at _____  ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO:  __NOVEMBER 28, 2005__  at __11:30 A.M.__
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:
Mr. Gorman informed the Court that his client has Parkinson's disease and he had just taken his medication. He requested the Court to continue this matter to Monday and to have an interpreter for his client. No objection. GRANTED. Mr. Gorman further requested the Marshal's to notify the federal detention center of defendant's condition and his need for medication.

Government recommended detention based upon the pretrial services report. No objection. GRANTED.