# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Douglas Duckjoo Kim, <br><br> Defendant. | Case No. 1:05-mj-00053 *SEALED* <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order of Detention and Appointment Order filed November 28, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *November 29, 2005* | *November 30, 2005* | *November 29, 2005 (Order of Detention only)* | *November 29, 2005 (Order of Detention only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order of Detention and Appointment Order filed November 28, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 30, 2005 /s/ Leilani R. Toves Hernandez
                                                                                        Deputy Clerk