ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

6  Attorneys for the United States of America

7

**FILED**

DISTRICT COURT OF GUAM

SEP 20 2006

MARY L.M. MORAN
CLERK OF COURT

8         IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF GUAM

10

11  UNITED STATES OF AMERICA,        )    MAGISTRATE CASE NO. 05-00053
                                     )
12                    Plaintiff,     )
                                     )    **UNITED STATES' MOTION TO**
13          vs.                      )    **DISMISS COMPLAINT**
                                     )
14                                   )
                                     )
15  DOUGLAS DUCKJOO KIM,             )
                                     )
16                    Defendants.    )
    ─────────────────────────────── )

17

18      COMES NOW the plaintiff, United States of America, by and through its undersigned

19  attorney, and moves that the Complaint, in the above captioned matter, be dismissed, for the

20  reasons that the defendant has been charged through an Indictment on December 7, 2005, under

21  Criminal Case No. 05-00084, which said Indictment has incorporated similar criminal acts

    described in the Complaint.
22
        Respectfully submitted this 20th day of September, 2006.
23
                                         LEONARDO M. RAPADAS
24                                       United States Attorney
                                         Districts of Guam and NMI
25

26                          By:         _____
                                         MARIVIC P. DAVID
27                                       Assistant U.S. Attorney

28