LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP 22 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DOUGLAS DUCKJOO KIM, ) <br> ) <br> Defendant. ) <br> ) | MAGISTRATE CASE NO. 05-00053 <br><br> **ORDER** <br> Re: September 20, 2006 <br> United States' Motion to <br> Dismiss Complaint |

This matter having come before this Court based on the United States' Motion to Dismiss Complaint in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Complaint be dismissed.

DATE: September 22, 2006

/s/ JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**ORIGINAL**