LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

JAMES G. WARWICK
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Telephone: (410) 209-4860
Telecopier: (410) 962-3124

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00053 |
| Plaintiff, | |
| vs. | **ORDER** |
| DOUGLAS DUCKJOO KIM, | **Re: United States' Application to Unseal the Record** |
| Defendant. | |

This matter having come before this Court based on the United States' Application to Unseal Record in the above-captioned matter; and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the record herein be unsealed.

DATE: December 7, 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**